1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEPHENS, JR., | ) CV F 05 0058 OWW SMS HC |
| Petitioner, | ) ORDER REQUIRING RESPONDENT TO FILE<br>) RESPONSE |
| v. | ) ORDER SETTING BRIEFING SCHEDULE |
| | ) ORDER DIRECTING CLERK OF COURT TO<br>) SERVE DOCUMENTS |
| JEAN HILL, Superintendent, | ) ORDER DENYING PETITIONER'S MOTION |
| Respondent. | ) TO GRANT PETITION OR ALTERNATIVE<br>) MOTION FOR SANCTIONS [Doc. #15] |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 18, 2005, the Court issued an order directing Respondent to file a response to the petition within ninety (90) days of the date of service. Over ninety (90) days passed and no response was received. On August 18, 2005, Petitioner filed a motion to grant the petition or alternative motion for sanctions.

The Court has reviewed the docket in this case, and apparently, the Clerk of Court did not electronically serve the Court's order on Respondent. Therefore, Respondent had no notice of the

1    Court's order and cannot be faulted for her failure to respond. The Court apologizes to the parties for

2    any confusion, and the parties are advised that a new briefing schedule will be set by this order.

3    Furthermore, the Court finds no cause to grant Petitioner's request for default judgment or sanctions

4    against Respondent.

5          The Court has conducted a preliminary review of the Petition.  Accordingly, pursuant to Rule

6    4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1]

7    the Court HEREBY ORDERS:

8        1.   Respondent SHALL FILE a RESPONSE.  A Response can be made by filing one of the

9          following:

10       A. AN ANSWER addressing the merits of the Petition and due within **NINETY (90)**

11         days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254

12         Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has

13         discretion to fix time for filing an Answer.).

14         –  Respondent SHALL INCLUDE with the Answer any and all transcripts or other

15         documents necessary for the resolution of the issues presented in the Petition.

16         Rule 5 of the Rules Governing Section 2254 Cases.

17         –  Any argument by Respondent that Petitioner has *procedurally defaulted* a

18         claim(s) SHALL BE MADE in an ANSWER that also addresses the merits of the

19         claims asserted. This is to enable the Court to determine whether Petitioner meets

20         an exception to procedural default. <u>See</u>, <u>Paradis v. Arave</u>, 130 F.3d 385, 396 (9th

21         Cir. 1997) (Procedurally defaulted claims may be reviewed on the merits to serve

22         the ends of justice); <u>Jones v. Delo</u>, 56 F.3d 878 (8th Cir. 1995) (the answer to the

23         question that it is more likely than not that no reasonable juror fairly considering

24         all the evidence, including the new evidence, would have found Petitioner guilty

25

26           [1]The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice
27   in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil
     actions." Fed.R.Civ.P. 81(a)(2). Rule 11 also provides "the Federal Rules of Civil Procedure, to the extent that they are not
28   inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules." Rule 11, Rules
     Governing Section 2254 Cases.

beyond a reasonable doubt necessarily requires a review of the merits).

– Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondent's Answer is filed with the Court.

B. A MOTION TO DISMISS due within **SIXTY(60)** days of the *date of service* of this order based on the following grounds:[2,3]

(1) EXHAUSTION - 28 U.S.C. § 2254(b)(1).  A Motion to Dismiss for Petitioner's failure to exhaust state court remedies SHALL INCLUDE copies of all the Petitioner's state court filings and dispositive rulings so as to allow the Court to examine the limitations issue.  See, Ford v. Hubbard, 305 F.3d 875 (9th Cir. 2002); Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003);

(2) STATUTE OF LIMITATIONS - 28 U.S.C. § 2244(d)(1).  A Motion to Dismiss the Petition as filed beyond the one year limitations period SHALL INCLUDE copies of all Petitioner's state court filings and dispositive rulings.

(3) SECOND OR SUCCESSIVE Petitions - 28 U.S.C. § 2244(b).  A Motion to Dismiss the Petition on the basis of § 2244(b) SHALL include a copy of the previously filed federal Petition and disposition thereof.

2. OPPOSITIONS to Motions to Dismiss SHALL be served and filed within EIGHTEEN (18) days, plus three days for mailing.  All other Oppositions SHALL be served and filed within EIGHT (8) days, plus three days for mailing. REPLIES to Oppositions to Motions to Dismiss SHALL be served and filed within eight (8) days, plus three days for mailing. Replies to Oppositions to all other Motions SHALL be served and filed within eight (8) days, plus three days for mailing.  If no opposition is filed, all motions are deemed

---

[2]Rule 4 of the Rules Governing Section 2254 Cases provides that upon the court's determination that summary dismissal is inappropriate, the "judge shall order the respondent to file an answer or *other pleading . . . or to take such other action as the judge deems appropriate*." Rule 4, Rules Governing Section 2254 Cases (emphasis added); see, also, Advisory Committee Notes to Rule 4 and 5 of Rules Governing Section 2254 Cases (stating that a dismissal may obviate the need for filing an answer on the substantive merits of the petition and that the Attorney General may file a Motion to Dismiss for failure to exhaust.); also, White v. Lewis, 874 F.2d 599, 60203 (9th Cir.1989) (providing that Motions to Dismiss pursuant to Rule 4 are proper in a federal habeas proceeding.)

[3]Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties must seek leave of court before submitting any pleading not contemplated by this Order.  Fed.R.Civ.P. 16(e).

1    submitted at the expiration of the opposition period.

2        3.    Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and

3              RETURN to the Court along with the Response or Motion to Dismiss, a Consent form

4              indicating whether the party consents or declines to consent to the jurisdiction of a the

5              United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

6        4.    RESPONDENT SHALL submit a Notice of Appearance as attorney of record within

7              **SIXTY (60)** days of the date of service of this order for purposes of service of court

8              orders.  See, Local Rule 83-182(a), 5-135(c).

9        5.    The Clerk of the Court is DIRECTED to SERVE a copy of this order along with a copy

10             of the PETITION and any exhibits/attachments, on the Attorney General or his

11             representative.[4]

12       6.    Petitioner's motion for default judgment and alternative motion for sanctions is

13             DENIED.

14       All motions shall be submitted on the record and briefs filed without oral argument unless

15   otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are

16   applicable to this order.

17   IT IS SO ORDERED.

18   **Dated:   August 29, 2005**                    _____/s/ Sandra M. Snyder_____
     icido3                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27   ───────────────
     [4]If, however, the Petition was filed on January 3, 2005, or thereafter, the Clerk of the Court need not serve a copy
28   of the Petition on the Attorney General or his representative.  A scanned copy of the Petition is available in the Court's
     electronic case management system ("CM/ECF").