# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEPHENS, JR., | 1:05-CV-0058 OWW SMS HC |
| Petitioner, | |
| v. | ORDER RESETTING BRIEFING SCHEDULE |
| | [Doc. 17] |
| JEAN HILL, Superintendent, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 30, 2005, the Court issued a second order[1] directing Respondent to submit a response to the petition.  Due to an error in the electronic processing of that order in the Clerk's Office, the order was never electronically served on Respondent.  It was re-served properly on December 13, 2005. Therefore, the deadlines set forth in that order shall be reset as of the date of re-service: December 13, 2005.  The Court apologizes for any inconvenience or confusion this may have caused.

    Accordingly, it is HEREBY ORDERED that the briefing schedule set forth in the August 30, 2005, order to respond is effective as of December 13, 2005.

IT IS SO ORDERED.

**Dated:     January 9, 2006**            /s/ Sandra M. Snyder
23ehd0                          UNITED STATES MAGISTRATE JUDGE

---

[1] Like the second order, the first order to respond was not electronically filed properly.

1