UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEE STEPHENS, JR., | ) | 1:05-CV-0058 OWW SMS HC |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING PETITIONER'S MOTION TO GRANT PETITION AS MOOT |
| JEAN HILL, Superintendent, | ) | [Doc. #19] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 9, 2006, Petitioner filed a motion to grant the petition by default for Respondent's alleged failure to respond to the petition. However, on the same date, the Court reset the briefing schedule. The concerns raised by Petitioner in his motion were addressed in said order, but the order and Petitioner's motion crossed in the mail. Accordingly, Petitioner's motion is hereby DISMISSED as moot.

IT IS SO ORDERED.

**Dated:    January 26, 2006**            /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE