UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEE STEPHENS, JR., | ) | 1:05-CV-00058 OWW SMS HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #27) |
| JEAN HILL, Superintendent, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 8, 2006, petitioner filed a motion to extend time to respond to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to respond to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   March 30, 2006**            /s/ Sandra M. Snyder
23ehd0                                 UNITED STATES MAGISTRATE JUDGE