UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE STEPHENS, JR., ) | 1:05-CV-0058 OWW SMS HC |
| Petitioner, ) | ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| v. ) | |
| JEAN HILL, Superintendant, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On November 16, 2004, petitioner filed a petition for writ of habeas corpus in the District of Oregon; the case was ordered transferred to the Eastern District of California.   On January 14, 2005, the Clerk of this Court received the transferred case, and mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction.   Petitioner has not returned the consent/decline form.   At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction.   Petitioner must complete and return the consent/decline form within thirty (30)

1 days.  Failure to follow this order will result in a recommendation that this action be dismissed
2 pursuant to Local Rule 11-110.
3     The Clerk of the Court is DIRECTED to send to petitioner another copy of the
4 consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
5 IT IS SO ORDERED.
6 **Dated:    April 27, 2006**                             **/s/ Sandra M. Snyder**
  23ehd0                                          UNITED STATES MAGISTRATE JUDGE