1
2
3
4
5
6
7
8
9

10 UNITED STATES DISTRICT COURT

11 EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JAMES LEE STEPHENS,                    ) | 1:05-CV-00058 OWW SMS HC |
|                                        ) | |
| Petitioner,          ) | ORDER ADOPTING FINDINGS AND |
|                                        ) | RECOMMENDATION |
|                                        ) | [Doc. #34] |
| v.                   ) | |
|                                        ) | ORDER DISMISSING PETITION FOR WRIT |
|                                        ) | OF HABEAS CORPUS |
| JEAN HILL, Superintendent,             ) | |
|                                        ) | ORDER DIRECTING CLERK OF COURT |
| Respondents.        ) | TO ENTER JUDGMENT |
|                                        ) | |

13
14
15
16
17
18
19

20         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21 pursuant to 28 U.S.C. § 2254.

22         On June 19, 2006, the Magistrate Judge issued a Findings and Recommendation that

23 recommended the petition for writ of habeas corpus be DISMISSED for Petitioner's failure to

24 comply with a court order.  This Findings and Recommendation was served on all parties and

25 contained notice that any objections to the Findings and Recommendation were to be filed within

26 thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party

27 has filed objections.

28         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

U.S. District Court
E. D. California        cd                                    1

1   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

2   and Recommendation is supported by the record and proper analysis.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1. The Findings and Recommendation issued June 19, 2006, is ADOPTED IN FULL;

5           2. The petition for writ of habeas corpus is DISMISSED; and

6           3. The Clerk of the Court is DIRECTED to enter judgment.

7   IT IS SO ORDERED.

8   **Dated:    August 17, 2006**                              **/s/ Oliver W. Wanger**
    emm0d6                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California        cd                                    2